CASE CLOSED

TIMOTHY D. BARROW, ESQ.
148 Main Street
Lebanon, New Jersey 08833
(908) 236-2229
Attorney for Plaintiff,
UNITED STATES FIRE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

| UNITED STATES FIRE INSURANCE CO., | : | *Document Electronically Filed* |
|---|---|---|
| Plaintiff, | : | CIVIL ACTION NO. 17-08873 |
| v. | | |
| | : | HON. MADELINE COX ARLEO |
| KZY LOGISTICS LLC, | : | |
| | | STIPULATION OF VOLUNTARY DISMISSAL OF COMPLAINT AGAINST DEFENDANT KZY LOGISTICS LLC |
| Defendant. | : | PURSUANT FRCP 41(a)(1)(A)(i) |

---

PLEASE TAKE NOTICE that settlement agreement has been reached between Plaintiff UNITED STATES FIRE INSURANCE CO., and Defendant KZY LOGISTICS LLC, and that Plaintiff's counsel hereby stipulates and agrees to the voluntary dismissal of the Complaint *without prejudice* against Defendant KZY LOGISTICS LLC. This Defendant has not appeared in this action as of the date of filing of the within Voluntary Dismissal.

IT IS FURTHER STIPULATED that this dismissal shall convert to a dismissal *with prejudice* on November 30, 2018 unless a motion by Plaintiff is filed herein before this date to reopen the case against Defendant KZY LOGSITICS LLC for the purpose of having a Consent Judgment entered by the Court.

     s/ Timothy D. Barrow
TIMOTHY D. BARROW, ESQ.
Attorney for Plaintiff,
UNITED STATES FIRE INSURANCE CO.

Dated: February 15, 2018

SO ORDERED
2/21/18
Madeline Cox Arleo, U.S.D.J.